WRIGHT FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Email: sehlers@wrightlegal.net
Email: rhernandez@wrightlegal.net

BERMAN & RABIN P.A.
Benjamin N. Hutnick, Esq.*
15280 Metcalf
Overland Park, KS 66223
(913) 649-1555; Fax (913) 652-9474
Email: bhutnick@bermanrabin.com
*Admitted Pro Hac Vice

Counsel for Defendant
Pioneer Services, sued as Pioneer/Mac, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>    Plaintiff,<br><br>vs.<br><br>PIONEER/MAC, INC.,<br><br>    Defendants. | Case No.: 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(Third Request for Case Deadlines)**<br><br>Complaint Filed:     January 7, 2019 |

Pursuant to LR 6-1 and LR 26-4, Plaintiff STANLEY K. ANTHORY ("Plaintiff") and Defendant PIONEER/MAC, INC., ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request that this Court extend the discovery, joinder/amendment, expert disclosure, and dispositive motion deadlines by 30 days. This is the Parties' third request to extend the case deadlines since the Court's first scheduling order. ECF Nos. 12, 14, 29. In support of this Stipulation and Request, the Parties state as follows:

STIPULATION FOR EXTENSION OF TIME

## A. DISCOVERY COMPLETED TO DATE

1. On January 7, 2019, Plaintiff filed his Complaint. ECF No. 1.

2. On April 23, 2019, Defendant filed its Answer to Plaintiff's Complaint. ECF No. 6.

3. On May 14, 2019, the Court entered the Parties' Proposed Protective Order. ECF No. 9.

4. On May 19, 2019, Plaintiff propounded its First Set of Requests for Production and Interrogatories on Defendant.

5. On June 18, 2019, the Court entered the Parties' Proposed Discovery Plan and Scheduling Order. ECF No. 12.

6. On July 2, 2019, Defendant responded to Plaintiff's First Set of Requests for Production of Documents and Interrogatories.

7. On July 26, 2019 the Parties filed their First Stipulation for Extension of Time. ECF No. 14.

8. On July 26, 2019, the Court entered the Parties' Proposed Modified Discovery Plan and Scheduling Order. ECF No. 15.

9. On August 5, 2019 Plaintiff filed his Motion to Compel responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories. ECF No. 17.

10. On August 19, 2019 Defendant filed its Response to Plaintiff's Motion to Compel responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories. ECF No. 19.

11. On August 22, 2019, Plaintiff filed a Reply in Support of his Motion to Compel responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories. ECF No. 20.

12. On September 12, 2019, Defendant filed its Motion for Judgment on the Pleadings. ECF No. 23.

13. On September 14, Plaintiff filed his Response to Defendant's Motion for Judgment on the Pleadings. ECF No. 24.

14. On September 28, Defendant filed its Reply in Support of its Motion for Judgment on the Pleadings. ECF No. 28.

15. On October 4, 2019, the Court held a Hearing on Plaintiff's Motion to Compel responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories, granted the Motion in part, denied the Motion in part, and pursuant to an Agreement by and between the Parties on the record entered a Second Modified Discovery Plan and Scheduling Order. ECF No. 29.

16. On October 29, 2019, Defendant provided two documents in response to Plaintiff's Requests for Production of Documents: (1) a loan disclosure form, and (2) a repayment election form. Plaintiff's account history, class discovery responses, nor any other documents ordered to be produced by the Court at the October 4, 2019 hearing.

## B. REASON FOR THE REQUEST OF CASE DEADLINES

The Parties seek an extension of case deadlines as Defendant requires additional time to produce documents and information responsive to Plaintiff's First Set of Requests for Production of Documents and Interrogatories. Defendant represents that it is performing a diligent search for documents responsive to Plaintiff's class requests in good faith, but has identified certain responsive documents and information that require manual search and review, whereas the deadlines set at the Hearing on Plaintiff's Motion to Compel responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories presumed that the responsive documents and information could largely if not entirely be obtained and/or compiled via automated process. Without the requested extension, the Parties believe that prejudice may result as a comprehensive review of all available responsive documents and information is necessary for a determination of the necessity for and drafting of any joinder/amendment, expert disclosure, and dispositive motions.

Defendant represents that it will complete all production required ordered at the Court's October 4, 2019 hearing, and return the same to Plaintiff, no later than November 8, 2019. Plaintiff reserves all rights in the event discovery is not returned by that date.

For these reasons, the Parties request that the Court grant this stipulation for an extension of time.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

STIPULATION FOR EXTENSION OF TIME

## C. PROPOSED CASE DEADLINES

|  | **Prior Deadlines** | **Proposed Deadlines** |
|---|---|---|
| **Discovery Cut-Off:** | February 20, 2020 | March 23, 2020 (March 21, 2020 is a Saturday) |
| **Joinder Amendment Deadline:** | November 22, 2019 | December 23, 2019 (December 22, 2019 is a Sunday) |
| **Initial Expert Disclosures:** | December 23, 2019 | January 22, 2020 |
| **Rebuttal Experts:** | January 22, 2020 | February 21, 2020 |
| **Dispositive Motions:** | March 23, 2020 | April 22, 2020 |
| **Joint Pre-Trial Order:** | April 23, 2020 | May 25, 2020 (May 23, 2020 is a Saturday) |

The Parties request that the above-referenced scheduling order be entered.

**IT IS SO STIPULATED.**

| **KNEPPER & CLARK LLC** | **WRIGHT, FINLAY & ZAK, LLP** |
|---|---|
| /s/ Miles N. Clark | /s/ Ramir M. Hernandez |
| Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq., NBN 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | R. SAMUEL EHLERS, ESQ.<br>NEVADA BAR NO. 9313<br>RAMIR M. HERNANDEZ, ESQ.<br>NEVADA BAR NO. 11731<br>7785 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89117<br><br>BERMAN & RABIN P.A.<br>Benjamin N. Hutnick, Esq.*<br>15280 Metcalf<br>Overland Park, KS 66223<br>(913) 649-1555; Fax (913) 652-9474<br>Email: bhutnick@bermanrabin.com<br>*Admitted Pro Hac Vice<br><br>ATTORNEYS FOR DEFENDANT, PIONEER SERVICES |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-4-2019

STIPULATION FOR EXTENSION OF TIME