# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

STANLEY K. ANTHORY,

    Plaintiff,

vs.

PIONEER/MAC, INC.,

    Defendant.

2:19-cv-00044-RFB-VCF

**ORDER**

Before the court is Plaintiff's Motion for Local Rule1-1 Status Conference Regarding Outstanding Class Discovery Ordered on October 4, 2019 (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Local Rule1-1 Status Conference Regarding Outstanding Class Discovery Ordered on October 4, 2019 (ECF No. 38) is scheduled for 10:00 AM, February 14, 2020, in Courtroom 3D.

DATED this 21st day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE