1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER/MAC, INC.,<br><br>Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE 30(B)(6) DEPOSITION OF PIONEER/MAC, INC.**<br><br>Complaint filed:  January 7, 2019 |

Plaintiff Stanley K. Anthory and Defendant Pioneer/Mac, Inc. ("Pioneer") (collectively, the "Parties"), by and through their counsel of record, have agreed and stipulated to the following:

1.    On April 20, 2020, the Court ordered Pioneer to provide responses by noon on April 23, 2020 for all discovery that was pending and due by March 30, 2020 [ECF Dkt. 46].

1     2.     Due to the physical restrictions that resulted from the COVID 19 pandemic, the

2    Parties agree to reschedule the 30(b)(6) deposition of Pioneer to take place by May 31, 2020,

3    notwithstanding the Court's Order at ECF No. 46.

4         3.     This stipulation is made in good faith, is not interposed for delay, and is not filed

5    for an improper purpose.

**IT IS SO STIPULATED.**
Dated April 29, 2020

| KNEPPER & CLARK LLC | WRIGHT FINLAY & ZAK |
|---|---|
| /s/ Miles N. Clark | /s/ Ramir M. Hernandez |
| Matthew I. Knepper, Esq., SBN 12796 | Christopher A. J. Swift, Esq. |
| Miles N. Clark, Esq., SBN 13848 | Nevada Bar No. 11291 |
| 5510 So. Fort Apache Rd, Suite 30 | Ramir M. Hernandez, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 13146 |
| Email: matthew.knepper@knepperclark.com | Email: cswift@wrightlegal.net |
| Email: miles.clark@knepperclark.com | Email: rhernandez@wrightlegal.net |
| | |
| **HAINES & KRIEGER, LLC** | Counsel for Defendant |
| George H. Haines, Esq., SBN 9411 | Pioneer Services, sued as Pioneer/Mac, Inc. |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: ghaines@hainesandkrieger.com | |
| | |
| Counsel for Plaintiff | |

## ORDER GRANTING

## STIPULATION TO EXTEND THE 30(B)(6) DEPOSITION OF PIONEER/MAC, INC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 29th day of April, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2