Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER/MAC, INC.,<br><br>Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION TO FILE MOTION FOR SANCTIONS**<br><br>Complaint filed: January 7, 2019 |

Plaintiff Stanley K. Anthory and Defendant Pioneer/Mac, Inc. ("Pioneer") (collectively, the "Parties"), by and through their counsel of record, have agreed and stipulated to the following:

1. On April 20, 2020, the Court ordered Plaintiff to file a Motion for Sanctions by May 7, 2020 [ECF Dkt. 46].

2. The Parties agree to extend time for Plaintiff to file a motion for sanctions until after the Court's LR 1-1 hearing on May 15, for a time to be determined at the hearing.

3. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated May 6, 2020

| **KNEPPER & CLARK LLC** | **WRIGHT FINLAY & ZAK** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Ramir M. Hernandez* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>Email: rhernandez@wrightlegal.net |
| | **BERMAN & RABIN, P.A.**<br>Benjamin N. Hutnick, Esq.<br>*(Admitted Pro Hac Vice)*<br>15280 Metcalf<br>Overland Park, KS 66223<br>Email: bhutnick@bermanrabin.com |
| **HAINES & KRIEGER, LLC**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: ghaines@hainesandkrieger.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Pioneer Services, sued as Pioneer/Mac, Inc.* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR**

**PLAINTIFF TO FILE MOTION FOR SANCTIONS**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 6th day of May, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430