Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>                    Plaintiff,<br><br>          v.<br><br>PIONEER/MAC, INC.,<br><br>                    Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE 30(B)(6) DEPOSITION OF PIONEER/MAC, INC. (Second Request)**<br><br>Complaint filed:  January 7, 2019 |

Plaintiff Stanley K. Anthony and Defendant Pioneer/Mac, Inc. ("Pioneer") (collectively, the "Parties"), by and through their counsel of record, have agreed and stipulated to the following:

1.     On April 20, 2020, the Court ordered Pioneer to provide responses by noon on April 23, 2020 for all discovery that was pending and due by March 30, 2020 [ECF Dkt. 46].

2.     Thereafter, the Court permitted the Parties to conduct Pioneer's deposition before May 31, 2020.  ECF No. 52,

3.     During a subsequent court-ordered status conference, Pioneer was ordered to produce certain relevant discovery material on or before May 29, 2020.  ECF No. 54 (minutes).

4.     In order to ensure that Plaintiff has the to-be-produced documents available for the 30(b)(6) deposition, the Parties have tentatively arranged to conduct Pioneer's deposition on June

4, 2020, and now seek an order from the Court permitting them to conduct the deposition on that date, notwithstanding its prior orders.

     5.    This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated May 26, 2020

| KNEPPER & CLARK LLC | WRIGHT FINLAY & ZAK |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Ramir M. Hernandez* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Christopher A. J. Swift, Esq.<br>Nevada Bar No. 11291<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>Email: cswift@wrightlegal.net<br>Email: rhernandez@wrightlegal.net |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Pioneer Services, sued as Pioneer/Mac, Inc.* |

## ORDER GRANTING

## STIPULATION TO EXTEND THE 30(B)(6) DEPOSITION OF PIONEER/MAC, INC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __28th__ day of __May__ 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430