Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
EFax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PIONEER/MAC, INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR SANCTIONS**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 7, 2019 |

　　　　Plaintiff Stanley K. Anthony ("Plaintiff"), by and through his counsel of record, and Defendant Pioneer/Mac, Inc. ("Pioneer") have agreed and stipulated to the following:

　　　　1.　　On May 15, 2020, the Court entered an Order for Plaintiff to file his Motion for Sanctions no later than June 12, 2020 [ECF Dkt. 54].

2. On June 4, 2020, the parties conducted Pioneer's 30(b)(6) deposition. Based on unanticipated testimony at the deposition, the parties are presently conferring regarding a supplemental production by Pioneer, which will likely impact the underlying motion. Additionally, and because Plaintiff believes the deposition transcript in this matter will be material to the motion. Extending the time to submit a sanctions motion minimizes the expenses of this case by ensuring that Plaintiff will not have to order a copy of the transcript on an expedited basis.

Plaintiff and Pioneer have agreed to extend Plaintiff's time to file his Motion for Sanctions three weeks. As a result, both Plaintiff and Pioneer hereby request this Court to further extend the date for Plaintiff to file his Motion for Sanctions until **July 3, 2020**.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated June 8, 2020

| **KNEPPER & CLARK LLC** | **WRIGHT FINLAY & ZAK** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Ramir M. Hernandez* |
| Matthew I. Knepper, Esq., SBN 12796 | R. Samuel Ehlers, Esq., SBN 9313 |
| Miles N. Clark, Esq., SBN 13848 | Ramir M. Hernandez, Esq., SBN 13146 |
| 5510 So. Fort Apache Rd, Suite 30 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, NV 89148 | Las Vegas NV 89117 |
| Email: matthew.knepper@knepperclark.com | Email: sehlers@wrightlegal.net |
| Email: miles.clark@knepperclark.com | Email: rhernandez@wrightlegal.net |
| | |
| **FREEDOM LAW FIRM** | *Counsel for Defendant* |
| George H. Haines, Esq., SBN 9411 | *Pioneer/Mac, Inc.* |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Phone: (702) 880-5554, Ext.222 | |
| EFax: (702) 967-6666 | |
| Email: ghaines@freedomlegalteam.com | |
| | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR
PLAINTIFF TO FILE MOTION FOR SANCTIONS**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  8th  day of  June  2020.