Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
EFax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER/MAC, INC.,<br><br>Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS; MOTION FOR RECONSIDERATION; AND MOTION TO COMPEL**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 7, 2019 |

    Plaintiff Stanley K. Anthory ("Plaintiff"), by and through his counsel of record, and Defendant Pioneer/Mac, Inc. ("Pioneer") have agreed and stipulated to the following:

    1.    On July 13, 2020, Plaintiff filed his Motion for Sanctions [ECF Dkt. 65]; Motion for Reconsideration [ECF Dkt. 66]; and Motion to Compel [ECF Dkt. 67] ("Motions").

    2.    On July 27, 2020, Pioneer filed its responses to Plaintiff's Motions [ECF Dkt. 76].

3. Plaintiff's deadline to file his Replies in Support of the Motions is August 3, 2020.

4. Plaintiff and Pioneer have agreed to extend Plaintiff's time to file his Replies in Support of the Motions one week to allow Plaintiff's counsel additional time to address scheduling conflicts and adequately prepare for major filings in other cases as well as conduct a deposition on August 5, 2020.

5. As a result, both Plaintiff and Pioneer hereby request this Court to further extend the date for Plaintiff to file his Replies in Support of the Motions until **August 10, 2020**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated July 28, 2020

| **KNEPPER & CLARK LLC** | **BERMAN & RABIN P.A.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Benjamin N. Hutnick* |
| Matthew I. Knepper, Esq., SBN 12796 | Benjamin N. Hutnick, Esq. |
| Miles N. Clark, Esq., SBN 13848 | (*Admitted Pro Hac Vice*) |
| 5510 So. Fort Apache Rd, Suite 30 | 15280 Metcalf |
| Las Vegas, NV 89148 | Overland Park, KS 66223 |
| Email: matthew.knepper@knepperclark.com | Email: bhutnick@bermanrabin.com |
| Email: miles.clark@knepperclark.com | |
| | *Counsel for Defendant* |
| **FREEDOM LAW FIRM** | *Pioneer Services, sued as Pioneer/Mac, Inc.* |
| George H. Haines, Esq., SBN 9411 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: ghaines@freedomlegalteam.com | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS; MOTION FOR RECONSIDERATION; AND MOTION TO COMPEL**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 29th day of July, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430