# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

STANLEY K. ANTHORY,

        Plaintiff,

vs.

PIONEER/MAC, INC.,

        Defendant.

2:19-cv-00044-RFB-VCF

**ORDER**

Before the court are the following motions:

1. Plaintiff's Motion For Sanctions Against Defendant Pioneer/Mac, Inc. For Its Failure To Obey Court Orders; Motion For Reconsideration Of Court's Order Regarding The Scope Of Discovery; And Motion To Compel (ECF No. 65, 66, 67),

2. Plaintiff's Motion To Seal And/Or Redact Exhibits 2 – 6 To Plaintiff's Motion For Sanctions Against Defendant Pioneer/Mac, Inc. For Its Failure To Obey Court Orders; Motion For Reconsideration Of Court's Order Regarding The Scope Of Discovery; And Motion To Compel (ECF No. 70).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion For Sanctions Against Defendant Pioneer/Mac, Inc. For Its Failure To Obey Court Orders; Motion For Reconsideration Of Court's Order Regarding The Scope Of Discovery; And Motion To Compel (ECF No. 65, 66, 67), and Plaintiff's Motion To Seal And/Or Redact Exhibits 2 – 6 To Plaintiff's Motion For Sanctions Against Defendant Pioneer/Mac, Inc. For Its Failure To Obey Court Orders; Motion For Reconsideration Of Court's Order Regarding The Scope Of Discovery; And Motion To Compel (ECF No. 70), is scheduled for 10:30 AM, October 20, 2020, in Courtroom 3D.

DATED this 28th day of September, 2020.

                                                        _____
                                                        CAM FERENBACH
                                                       UNITED STATES MAGISTRATE JUDGE