UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

STANLEY K. ANTHORY,

        Plaintiff,

vs.

PIONEER/MAC, INC.,

        Defendant.

2:19-cv-00044-RFB-VCF

**MINUTE ORDER**

Before the court is Stanley K. Anthory v. Pioneer/MAC, INC., case number 2:19-cv-00044-RFB-VCF. In February, the Court set a status check regarding discovery for October 14, 2020. (ECF No. 43). The status check hearing of October 14, 2020 is VACATED, and RESCHEDULED for 10:30AM, October 20, 2020, in Courtroom 3D.

DATED this 9th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE