**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

STANLEY K. ANTHORY,

    Plaintiff,

vs.

PIONEER/MAC, INC.,

    Defendant.

2:19-cv-00044-RFB-VCF

**ORDER**

Before the Court is *Stanley K. Anthory v. Pioneer/Mac.Inc.*, case number 2:19-cv-00044-RFB-VCF.

On October 20, 2020, the court held a hearing and ruled on ECF Nos. 65, 66, 67, 87, and 70. A status hearing was set for 10:00 AM, April 19, 2021. (ECF No. 88).

On November 3, 2020, Plaintiff filed an objection to the ruling on ECF Nos. 65, 66, 67, 87, and 70. The objection is pending.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, April 19, 2021, is VACATED.

DATED this 9th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE