**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STANLEY K. ANTHORY, | |
| Plaintiff(s), | 2:19-cv-00044-RFB-VCF |
| v. | **ORDER** |
| PIONEER/MAC, INC., | |
| Defendant(s). | |

Before the Court is *Stanley K. Anthory v. Pioneer/MAC, Inc.*, case number 2:19-cv-00044-RFB-VCF.

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing is scheduled for 3:00 PM, November 1, 2022, in Courtroom 3D.

DATED this 25th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1