Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
Fax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY K. ANTHORY,<br><br>               Plaintiff,<br><br>v.<br><br>PIONEER/MAC, INC.,<br><br>               Defendant. | Case No. 2:19-cv-00044-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF PIONEER/MAC, INC., WITH PREJUDICE**<br><br>Complaint filed:  January 7, 2019<br><br>Assigned to Hon. Judge Richard F. Boulware, II |

      PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Stanley K. Anthory and Pioneer/Mac, Inc., ("Pioneer") to be determined by this Court. Plaintiff and Pioneer hereby stipulate that all claims and causes of action that were or could have been asserted against Pioneer are hereby dismissed with prejudice, with court costs to be paid by

//

the party incurring same.

**IT IS SO STIPULATED.**
DATED: February 9, 2023.

| **LAW OFFICES OF MILES N. CLARK, LLC**<br><br>/s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>**KRIEGER LAW GROUP, LLC**<br>George H. Haines, Esq.<br>Nevada Bar No. 9411<br>FREEDOM LAW FIRM<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Phone: (702) 880-5554, Ext.222<br>EFax: (702) 967-6666<br>Email: ghaines@freedomlegalteam.com<br><br>*Counsel for Plaintiff* | **BERMAN & RABIN P.A.**<br><br>/s/ *Benjamin N. Hutnick*<br>Benjamin N. Hutnick, Esq.<br>(*Admitted Pro Hac Vice*)<br>15280 Metcalf<br>Overland Park, KS 66223<br>Email: bhutnick@bermanrabin.com<br><br>*Counsel for Defendant*<br>*Pioneer Services, sued as Pioneer/Mac, Inc.* |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF PIONEER/MAC, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: February 10, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Anthory v. Pioneer/Mac, Inc.*
*Case No. 2:19-cv-00044-RFB-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 2